*CLOSED*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MARTI GERLACH, JESUS SANABRIA, DAVID M. RUSSO and ALFONSO SISNEROS, | : : : : : | |
| Plaintiffs, | : : | Civil Action No. 99-4699 (SRC) |
| v. | : : | **ORDER** |
| DEVON BROWN, ROY HENDRICKS, et al., | : : : | |
| Defendants. | : : | |

|  |  |  |
|---|---|---|
| MAURICE ROMERO, WILLIAM MUNOZ and LUIS BELTRAN, JR., | : : : : | |
| Plaintiffs, | : : | Civil Action No. 04-3493 (SRC) (consolidated under No. 99-4699) |
| v. | : : : | |
| DEVON BROWN, ROY HENDRICKS, et al., | : : : : | |
| Defendants. | : : | |

**CHESLER, U.S.D.J.**

This matter having come before the Court on three motions: 1) the motion for summary judgment, pursuant to FED. R. CIV. P. 56, by Plaintiffs David Russo, Luis Beltran, William Munoz, Maurice Romero and Jesus Sanabria (collectively, "Plaintiffs"); 2) the cross-motion for summary judgment, pursuant to FED. R. CIV. P. 56, by Defendants Devon Brown, Roy Hendricks,

Donald Mee, Samuel K. Atchison, J. Fleming, and Terry Moore (collectively, "Defendants"); and 3) Defendants' motion to dismiss the injunctive relief claims of Plaintiffs Sisneros and Sanabria; and this Court having reviewed the parties' submissions; and for the reasons stated in the accompanying Opinion, and good cause appearing;

**IT IS** on this 5th day of June, 2007,

**ORDERED** that Plaintiffs' motion for partial summary judgment on the validity under RLUIPA of two provisions of the New Jersey Department of Corrections' IMPs is **DENIED;** and it is further

**ORDERED** that Defendants' motion for partial summary judgment on the validity under RLUIPA of two provisions of the New Jersey Department of Corrections' IMPs is **GRANTED**; and it is further

**ORDERED** that Defendants' motion to dismiss the injunctive relief claims of Plaintiffs Sisneros and Sanabria as moot (Docket Entry No. 211) is **GRANTED**; and the injunctive relief claims of Plaintiffs Sisneros and Sanabria are hereby **DISMISSED** without prejudice; and it is further

**ORDERED** that further proceedings in this action are **STAYED** pending the release of Defendant Sisneros from incarceration; and it is further

**ORDERED** that this case shall be marked as administratively terminated.

                                         s/ Stanley R. Chesler
                                     Stanley R. Chesler, U.S.D.J.